DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| | | | |
|---|---|---|---|
| 248PA13-2 | The Estate of Donna S. Ray, by Thomas D. Ray and Robert A. Wilson, IV, Administrators of the Estate of Donna S. Ray, and Thomas D. Ray, Individually v. B. Keith Forgy, M.D., P.A., Individually and as Agent/ Apparent Agent of Grace Health Care System, Inc., Blue Ridge Health Care Systems, Inc., Carolinas Health Care System, Inc., and as an Agent/ Apparent Agent, Employee, and Shareholder of Mountain View Surgical Associates, Grace Hospital, Inc., Grace Health Care System, Inc., Blue Ridge Health Care System, Inc., and Carolinas Health Care System, Inc. | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA15-236)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot<br><br>**Jackson, Beasley, and Ervin, JJ., recused** |
| 252PA14-2 | State v. Thomas Craig Campbell | 1. State's Motion for Temporary Stay (COA13-1404-2)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/10/2015**<br><br>2. Allowed<br><br>3. Special Order |
| 273A01-3 | State v. Avenger Ridgeway | 1. Def's *Pro Se* Motion for PDR (COAP16-120)<br><br>2. Def's *Pro Se* Motion to Amend Petition | 1. Dismissed<br><br>2. Allowed<br><br>**Ervin, J., recused** |
| 289P06-6 | State v. Steve Morrison | 1. Def's *Pro Se* Petition for *Writ of Certiorari*<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |